130 So.2d 238

James C. SUTTLES

v.

CITY OF BIRMINGHAM.

6 Div. 683.

Court of Appeals of Alabama.
Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

CATES, Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 709, 130 So.2d 238.

130 So.2d 237

Alfred THOMAS

v.

CITY OF BIRMINGHAM.

6 Div. 682.

Court of Appeals of Alabama.
Dec. 13, 1960.

Rehearing Denied Jan. 17, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for appellant.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, for appellee.

PRICE, Judge.

Motion to strike transcript of evidence granted and affirmed on authority of White v. City of Birmingham, ante, p. 181, 130 So. 2d 231.

Certiorari denied, 272 Ala. 710, 130 So.2d 238.

133 So.2d 706

Jessie WALKER

v.

CITY OF BIRMINGHAM.

6 Div. 803.

Court of Appeals of Alabama.
May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

HARWOOD, Presiding Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.